JASON HICKS, ESQ.
Nevada Bar No. 13149
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Ste. 600
Las Vegas, Nevada 89135
Tel.: 702.792.3773
Email: Jason.Hicks@gtlaw.com

*Attorney for Defendants*

-and-

JEMMA E. DUNN, ESQ.
Nevada Bar No. 16229
MATTHEW T. HALE, ESQ.
Nevada Bar No. 16880
JOHN M. ORR, ESQ.
Nevada Bar No. 14251
**GREENBERG GROSS LLP**
1980 Festival Plaza Dr., Ste 730
Las Vegas, Nevada 89135
Tel.: 702.777-0888
Emails: JDunn@GGTrialLaw.com
          MHale@GGTrialLaw.com
          JOrr@GGTrialLaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KERI INGRAM, an individual<br><br>                    Plaintiff,<br><br>v.<br><br>ADESA US AUCTION, LLC, a Delaware<br>limited liability company; CARVANA, LLC,<br>an Arizona limited liability company,<br><br>                    Defendants. | CASE NO.: 2:26-cv-00602-RFB-DJA<br><br>**STIPULATION AND ORDER FOR<br>EXTENSION OF TIME TO RESPOND<br>TO THE COMPLAINT** |

Plaintiff Keri Ingram and Defendants ADESA US Auction, LLC and CARVANA, LLC (together, "Parties"), by and through their undersigned counsel, hereby submit this Stipulation and Order for an Extension of Time. The Parties stipulate and request that Defendants' Answer or Motion to Plaintiff's Summons and Complaint for Damages ("Complaint") (ECF No. 1) may

be filed on or before **April 26, 2026**. This is the first request for an extension of time and is entered in good faith, as undersigned counsel for Defendants was only recently retained by Defendants and requested a 30-day extension of time to respond to the Complaint.

**IT IS SO STIPULATED.**

Dated this 24th day of March, 2026.    Dated this 24th day of March, 2026

| **GREENBERG TRAURIG, LLP** | **GREENBERG GROSS LLP** |
|---|---|

By:  */s/ Jason Hicks*                                    By:  */s/ John M. Orr*
      JASON HICKS, ESQ.                                      JEMMA E. DUNN, ESQ.
      10845 Griffith Peak Drive, Ste. 600          MATTHEW T. HALE, ESQ.
      Las Vegas, Nevada 89135                           JOHN M. ORR, ESQ.
                                                                         1980 Festival Plaza Dr., Ste 730
      *Counsel for Defendants*                            Las Vegas, Nevada 89135

                                                                         *Counsel for Plaintiff*

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:____3/25/2026_____